

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-14-00560-CR

Vernon **TRAVIS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B13637
Honorable Stephen B. Ables, Judge Presiding

## C O R R E C T E D   O R D E R

The clerk's record was due September 5, 2014, but was not filed; however, on September 5, 2014, the clerk filed a notification of late record stating the record was not filed because appellant, who has retained counsel, has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

We therefore **order** appellant to provide written proof to this court on or before **September 19, 2014** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to so respond within the time provided, we will abate the appeal and remand the matter to the trial court for an abandonment hearing.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court